# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

Robert McLaughlin, et al
        Plaintiff,

v.

Indymac Bank, FSB and , Indymac Bancorp
        Defendants.

Civil Action No.  08 -cv- 398 (PGS)

ORDER

      WHEREAS, this matter having come before the Court, and the parties having amicably resolved the matter and

      IT IS on this 22th day of September, 2008,

      ORDERED that the matter be and hereby is dismissed with prejudice and without costs, as to defendants Indymac Bank, FSB and  Indymac Bancorp, any party upon good cause shown within sixty days may reopen the action if settlement is not consummated.  The court retains jurisdiction over the agreement to enforce the terms.

_____

PETER G. SHERIDAN, U.S.D.J.